```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  California Bar Number 157311
    Asset Forfeiture Section
 7        1400 United States Courthouse
          312 North Spring Street
 8        Los Angeles, California 90012
          Telephone: (213) 894-2931
 9        Facsimile: (213) 894-7177
          Email:    Monica.Tait@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV 00-10590 SVW (SGLx) |
| ) | |
| Plaintiff, ) | (Consolidated with CV 00-10591 SVW |
| ) | (SGLx) |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 1812 258th PLACE, LOMITA, ) | |
| CALIFORNIA ($244,100.92 ) | <u>JUDGMENT FORFEITING DEFENDANT REAL</u> |
| SUBSTITUTE RES), ) | <u>PROPERTY LOCATED AT 25361 WOODWARD</u> |
| ) | <u>AVENUE, LOMITA, CALIFORNIA, AND</u> |
| Defendant. ) | <u>DEFENDANT $244,100.92, AS</u> |
| _____) | <u>SUBSTITUTE RES FOR THE REAL</u> |
| ) | <u>PROPERTY LOCATED AT 1812 258</u>$^{TH}$ |
| UNITED STATES OF AMERICA, ) | <u>PLACE, LOMITA, CALIFORNIA</u> |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 25361 WOODWARD AVENUE, ) | |
| LOMITA, CALIFORNIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ANDREW HANTZIS AND WILMA ) | |
| BLOEMHOF, ) | |
| ) | |

1 |         Claimants.              )
2 | _____)

3        WHEREAS, Plaintiff United States of America and claimants
4 Andrew Hantzis and Wilma Bloemhof previously stipulated to the
5 terms under which judgment shall be entered in these consolidated
6 cases in a Stipulation filed September 3, 2002, and
7        WHEREAS, on March 31, 2009, this court found that Andrew
8 Hantzis' attorney at the time had the consent of Claimant Hantzis
9 when she signed the September 3, 2002 Stipulation,
10       WHEREAS, based upon the deadline set forth in the September 3,
11 2002 Stipulation, the time for claimant Andrew Hantzis to file a
12 motion to determine whether the forfeiture of the defendants would
13 be unconstitutionally excessive has expired,
14       WHEREAS, claimant The Andrew Hantzis Trust Dated January 31,
15 2000 withdrew all of its claims to contest forfeiture in a
16 stipulation signed by counsel for the parties on August 30, 2002
17 (entered on September 9, 2002), and
18       WHEREAS the court finds that all conditions precedent to entry
19 of judgment have been satisfied,
20       **IT IS THEREFORE ORDERED AS FOLLOWS:**
21       1.   Plaintiff filed these actions on October 3, 2000 against
22 the Real Property located at 25361 Woodward Avenue, Lomita,
23 California (the "defendant Woodward Avenue Property") and the Real
24 Property located at 1812 258th Place, Lomita, California (the
25 "258th Place Property").  By prior court order, $244,100.92 was
26 substituted as the res for the 258th Place Property (the
27 "$244,100.92 Substitute Res").  These actions were consolidated for
28 all purposes under CV 00-10590 by court order entered June 19,

2002.

2. Plaintiff United States of America has notified other potential claimants of this action pursuant to the Supplemental Rules of the Federal Rules of Civil Procedure by publishing notice of these actions in a newspaper of general circulation for three consecutive weeks as follows:  for the defendant 25361 Woodward Avenue, publication occurred on December 4, 11, and 18, 2001; for the 258th Place Property (now the $244,100.92 substitute res), publication occurred on December 26, 2000, and January 2 and 9, 2001.

3. The only persons who filed claims and answers in these consolidated cases are Andrew Hantzis, Wilma Bloemhof, the Andrew Hantzis Trust Dated January 31, 2000, and First Federal Bank.

4. The Andrew Hantzis Trust Dated January 31, 2000 withdrew all of its claims to contest forfeiture in a stipulation and Order entered September 9, 2002.  The claim of First Federal Bank was recognized by the government in a Stipulation Recognizing Lien and Order Thereon, entered April 20, 2001.  No other claims or answers have been filed to contest the forfeiture of the defendant Woodward Avenue Property or the 258th Place Property, and the time for filing claims and answers has expired.  All other potential claimants to the defendant Woodward Avenue Property and the 258th Place Property (and its substitute res) are deemed to have admitted the truth of the allegations of the complaints.

5. Judgment is hereby entered in these consolidated matters in favor of plaintiff United States of America.

6. All right, title, and interest of Andrew Hantzis, Wilma Bloemhof (whether individually or in her capacity as a trustee

and/or trust beneficiary) and all other potential claimants, including the Andrew Hantzis Trust Dated January 31, 2000, in the defendant Woodward Avenue Property, is hereby condemned and forfeited to the United States of America.  The Defendant Woodward Avenue Property is more particularly described as follows:

    LOT 9 OF TRACT NO. 11836, IN THE CITY OF LOMITA IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 216, PAGE(S) 50 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

    APN: 7375-003-011

The United States Marshals Service shall dispose of the defendant Woodward Avenue Property in accordance with law.

    7.  All right, title, and interest of Andrew Hantzis, Wilma Bloemhof (whether individually or in her capacity as a trustee and/or trust beneficiary) and all other potential claimants, including the Andrew Hantzis Trust Dated January 31, 2000, in the $244,100.92 Substitute Res for the real property located at 1812 258th Place, Lomita, California is hereby condemned and forfeited to the United States of America.  The United States Marshals Service shall dispose of the Substitute Res in accordance with law.

    8.  The Court retains jurisdiction over this case and the parties hereto to enforce the terms of this Judgment.

    9.  The clerk is hereby directed to enter this judgment, which constitutes a final judgment resolving consolidated civil actions CV 00-10590 and CV 00-10591.  The clerk shall enter the judgment under both case numbers.  The Clerk of the Court shall forward

a certified copy of this order to Assistant U.S. Attorney Monica E. Tait.

DATED: April 23, 2009

_____
The Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney

___/s/_____
MONICA E. TAIT
Assistant United States Attorney